"UNDER SEAL"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
AUG 17 2021
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:21-cr-202-RJC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| | ) | Violation:  18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(e) |
| DAVID LORENZO SHERRILL | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
*(Possession of a Firearm by a Convicted Felon)*

On or about February 13, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DAVID LORENZO SHERRILL,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a ROSSI, 38 caliber revolver, in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) A ROSSI, 38 caliber revolver;

(b) Ammunition seized during the investigation.

A TRUE BILL

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

*Kmla M Ford, for*

JENNY G. SUGAR
ASSISTANT UNITED STATES ATTORNEY